THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY STOVER, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, by and through WASHINGTON STATE DEPARTMENT OF HEALTH,<br><br>　　　　　　　　　　Defendant. | NO. 3:21-cv-05079-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT'S MOTION TO DISMISS |

This matter comes before the Court on the parties' Stipulated Motion to Continue Plaintiff's Response Deadline to Defendant's Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6). (Dkt. No. 9).

The Court GRANTS the motion and ORDERS that the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss is continued to April 21, 2021. The deadline for Defendant to file a reply in support of its Motion to Dismiss is continued to May 5, 2021.

Dated April 2, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_Barbara J. Rothstein_
　　　　　　　　　　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge