THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY STOVER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, by and through WASHINGTON STATE DEPARTMENT OF HEALTH, <br><br> Defendant. | NO. 3:21-cv-05079-BJR <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based on the stipulation of the parties (Dkt. No. 12), the Court ORDERS that all of Plaintiff's claims against Defendant Washington State Department of Health are dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to any party. The Court further orders that Defendant's pending Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) (Dkt. No. 4) is stricken.

Dated:  April 22, 2021

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1